IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOSEPH WYRICK,

    Petitioner,

v.

WARDEN, CHILLICOTHE
CORRECTIONAL INSTITUTION,

    Respondent.

CASE NO. 2:09-CV-00207
JUDGE HOLSCHUH
MAGISTRATE JUDGE ABEL

## OPINION AND ORDER

On February 8, 2009, the Magistrate Judge issued a *Report and Recommendation* recommending that respondent's motion to dismiss this action as barred by the one-year statute of limitations under 28 U.S.C. §2244(d), Doc. No. 9, be **GRANTED**. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation,* and of the consequences of failing to do so, no objections have been filed. The Court notes that notification of the Magistrate Judge's *Report and Recommendation* was returned as undeliverable, with no forwarding address. *See* Doc. No. 14. However, it is the petitioner's responsibility to keep the Court apprised of his current whereabouts.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. Respondent's motion to dismiss this action as time-barred, Doc. No. 9, is **GRANTED.** This action is hereby **DISMISSED.**

**IT IS SO ORDERED**.

Date: March 2, 2010                                      **/s/ John D. Holschuh**
                                                         JOHN D. HOLSCHUH
                                                         United States District Judge